noly, for respondents. No opinion. Proceedings affirmed, and writ dismissed, with costs.

---

PEOPLE ex rel. McGINNISS, Appellant, v. PALMER, Comptroller, Respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1896.) Proceeding by the people of the state of New York, on the relation of John J. McGinniss, against George W. Palmer, as comptroller of the city of Brooklyn. No opinion. Motion to quash and set aside the writ of mandamus denied, without costs.

---

PEOPLE ex rel. McKEEVER, Appellant, v. WILLIS, Commissioner, Respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1896.) Application by Edward J. McKeever for a writ of certiorari against Theodore B. Willis, as commissioner of city works of the city of Brooklyn. No opinion. Order affirmed, with $10 costs and disbursements. All concur.

---

PEOPLE ex rel. VANDERHOOF, Respondent, v. PALMER, Appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1896.) Application of John Vanderhoof for an alternative writ of mandamus directed to George W. Palmer, as comptroller of the city of Brooklyn. No opinion. Appeal dismissed.

---

PEOPLE ex rel. WARREN, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Proceeding by the people. on the relation of Lewis P. Warren, against Theodore Roosevelt and others. J. A. Flannery, for appellant. T. Connoly, for respondent. No opinion. Proceedings affirmed, and writ dismissed, with costs.

---

PICKARD, Appellant, v. PICKARD, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 17, 1896.) Action by Alonzo C. Pickard against Adam V. Pickard. No opinion. Order affirmed, with $10 costs and disbursements.

---

PIEHL, Respondent, v. ALBANY RAILWAY, Appellant. (Supreme Court, Appellate Division, Third Department. April 20, 1896.) Action by Maggie Piehl, as administratrix of the goods, chattels, and effects of John Piehl, Jr., deceased, against the Albany Railway. No opinion. Order affirmed, with $10 costs and disbursements. HERRICK, J., not sitting.

---

QUININE WHISKEY Co., Respondent, v. GEISENHEIMER, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) Action by the Quinine Whiskey Company against Edward G. Geisenheimer. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except PRATT, J., not voting.

---

RANDALL, Respondent, v. CLINE, Town Clerk, Appellant. (Supreme Court, Appellate Division, Second Department. June 23, 1896.) In the matter of the application of William A. Randall against Charles R. Cline, Jr., town clerk of Warwick, Orange county, N. Y. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs, upon opinion in People v. Randall, 91 Hun, 266, 36 N. Y. Supp. 202. All concur, except BROWN, P. J., not sitting.

---

RAPALYEA, Respondent, v. ANDERSON. Appellant. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by Horace H. Rapalyea, Jr., against Malcolm Anderson. H. M. Hitchings, for appellant. T. M. Rowlette, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re RICHARDSON. (Supreme Court, Appellate Division, First Department. May 22, 1896.) No opinion. Order affirmed, with $10 costs and disbursements.

---

RIDABOCK, Respondent, v. METROPOLITAN EL. RY. CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. June 19, 1896.) Action by William S. Ridabock against the Metropolitan Elevated Railway Company and others. E. A. Tuttle, for appellants. E. W. Tyler, for respondent. No opinion. Judgment affirmed, with costs. VAN BRUNT, P. J., and O'BRIEN, J., dissenting on the ground that there is no evidence of rental damages.

---

ROGERS, Appellant, v. O'BRIEN et al., Respondents. (Supreme Court, Appellate Division, First Department. June 29, 1896.) Action by James Rogers against Edward C. O'Brien and others. Chas. Blandy, for appellant. T. Connoly, for respondents. No opinion. Judgment affirmed, with costs.

---

ROTHSCHILD v. RIO GRANDE WESTERN RY. CO. (Supreme Court, Appellate Division, First Department. June 19, 1896.) Action by Simon Rothschild against the Rio Grande Western Railway Company. No opinion. Motion denied, upon payment of $10 costs. See 38 N. Y. Supp. 1148.

---

In re RUPPANER'S WILL. (Supreme Court, Appellate Division, First Department. May 15, 1896.) In the matter of Antoine Ruppaner, deceased. No opinion. Motion granted, with $10 costs, unless appellant serve upon his adversary, and also file with the clerk of the appellate division, the printed papers on appeal on or before the 22d of May, 1896, and pay such costs. See 37 N. Y. Supp. 429.

---

SAFFORD, Appellant, v. STEVENS, Respondent. (Supreme Court, Appellate Division, Third Department. May 21, 1896.) Action by Levi T. Safford against Urban S. Stevens. No opinion. Order affirmed, with costs. All concur.

---

SAUER, Respondent, v. DE COURSEY. Appellant. (Supreme Court, General Term, Fifth Department. December, 1895.) Action by Nellie E. Sauer against Samuel G. De Coursey, as receiver of the Western New York & Pennsylvania Railroad Company. No opinion. Judg-